■ In the Matter of PHILLIP CAMPBELL, Petitioner, v MARK BRADT, Superintendent, Attica Correctional Facility et al., Respondents. [998 NYS2d 129]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered

May 15, 2014) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.